FILED
07 NOV 20 PM 3:48
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JOSE GONZALEZ-ALVAREZ, Defendant. | ) | Criminal Case No. '07 CR 3163 DMS<br>I N D I C T M E N T<br>Title 21, U.S.C., Secs. 841(a)(1) and 846 - Conspiracy to Distribute Marijuana; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with Intent to Distribute; Title 18, U.S.C., Sec. 2 - Aiding and Abetting |

The grand jury charges:

Count 1

Beginning at a date unknown to the grand jury and continuing up to and including November 7, 2007, within the Southern District of California, and elsewhere, defendant JOSE GONZALEZ-ALVAREZ did knowingly and intentionally conspire with other persons unknown to the grand jury to distribute 100 kilograms or more to wit: approximately 844.1 kilograms (1,857.1 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

//

CPH:em(1):San Diego
11/20/07

Count 2

On or about November 7, 2007, within the Southern District of California, defendant JOSE GONZALEZ-ALVAREZ did knowingly and intentionally possess, with intent to distribute 100 kilograms and more, to wit: approximately 844.1 kilograms (1,857.1 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

DATED: November 20, 2007.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By:
CAROLINE P. HAN
Assistant U.S. Attorney