Inge Brauer
Attorney at Law
Bar No.: 68701
2240 F Street
San Diego, California 92102

Tel: (619) 238-1031
Fax: (619) 238-0930

Attorney for Defendant **JOSE GONZALEZ ALVAREZ**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE DANA M. SABRAW)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**JOSE GONZALEZ ALVAREZ,**<br><br>Defendant. | Criminal No.: 07CR3163-DMS<br><br>NOTICE OF MOTION AND MOTION TO SUPPRESS EVIDENCE SEIZED IN VIOLATION OF THE FOURTH AMENDMENT<br><br>Date: 2/15/08<br>Time: 11:00 a.m. |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY,
LAWRENCE A. CASPER, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that on February 15, 2008 at 11:00 a.m., or as soon thereafter as counsel may be heard, the defendant JOSE GONZALEZ ALVAREZ, by and through his attorney Inge Brauer, will bring the motions set forth below.

The defendant, JOSE GONZALEZ ALVAREZ, by and through his attorney Inge Brauer, and pursuant to Federal Rules of Criminal Procedure 12 and 16 and the Fourth, Fifth and Sixth Amendments to the United States Constitution, hereby moves this court to order:

1. Suppression of Evidence Seized in Violation of the Fourth Amendment.

//

//

This motion is based upon the instant motion, the attached points and authorities, the files and records in the above-entitled case, and any and all matters that may be submitted to this Court prior to the determination of this motion.

Dated: February 4, 2008

Respectfully submitted,

s/ Inge Brauer
Inge Brauer
Attorney for Defendant