Inge Brauer
Attorney at Law
State Bar No.: 68701
2240 "F" Street
San Diego, CA 92102

(Off) (619) 238-1031
(Fax) (619) 238-0930

Attorney for Defendant **JOSE GONZALEZ ALVAREZ**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE DANA M. SABRAW

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOSE GONZALEZ ALVAREZ,<br>Defendant. | CASE NO.: 07CR3163-DMS<br><br>MOTION TO CONTINUE MOTION HEARING FROM FEBRUARY 15, 2008 TO FEBRUARY 22, 2008 |

Defendant Jose Gonzalez Alvarez, by and through his attorney, Inge Brauer, hereby moves that the motions hearing date presently set for February 15, 2008 be continued one week to February 22, 2008, at 11:00 a.m.

This motion is unopposed by the Government and is based on the declaration of defense attorney Inge Brauer.

Dated: February 11, 2008

s/Inge Brauer
Inge Brauer, Attorney for
Defendant Jose Gonzalez Alvarez