Inge Brauer
Attorney at Law
State Bar No.: 68701
2240 “F” Street
San Diego, CA 92102

(Off) (619) 238-1031
(Fax) (619) 238-0930

Attorney for Defendant **JOSE GONZALEZ ALVAREZ**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE DANA M. SABRAW

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE GONZALEZ ALVAREZ,<br><br>Defendant. | CASE NO.: 07CR3163-DMS<br><br>DECLARATION OF INGE BRAUER IN SUPPORT OF MOTION TO CONTINUE MOTION HEARING FROM FEBRUARY 15, 2008 TO FEBRUARY 22, 2008 |

I, Inge Brauer, declare as follows under the penalty of perjury that:

1. I am the attorney of record for the above-referenced defendant;

2. This matter is currently set for motions hearing on February 15, 2008;

2. I will be out of the District from February 14, 2008 through February 18, 2008, as I will be attending the Death Penalty Seminar in Monterey, California;

3. I have spoken to Larry Casper, the Assistant United States Attorney assigned to this case and he has agreed to a continuance of the motions hearing in this matter to Friday, February 22, 2008.

4. The defendant is in custody and is expected to remain in custody until the resolution of this matter.

//

//

Therefore, I respectfully request that the court continue this matter from February 15, 2008, at 11:00 am to February 22, 2008, at 11:00 a.m.

Executed on February 11, 2008, at San Diego, CA 92102.

s/IngeBrauer

Inge Brauer, Attorney for Defendant
Jose Gonzalez Alvarez