Inge Brauer
Attorney at Law
State Bar No.: 68701
2240 "F" Street
San Diego, CA 92102

(Off) (619) 238-1031
(Fax) (619) 238-0930

Attorney for Defendant **JOSE GONZALEZ ALVAREZ**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE DANA M. SABRAW

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>**JOSE GONZALEZ ALVAREZ**,<br>Defendant. | CASE NO.: 07CR3163-DMS<br><br>DECLARATION OF INGE BRAUER IN SUPPORT OF MOTION TO CONTINUE MOTIONS HEARING |

I, Inge Brauer, declare as follows under the penalty of perjury that:

1. I am the attorney of record for the above-referenced defendant;

2. This matter is currently set for motions hearing on March 28, 2008;

3. Counsel has to do further research on whether defendant is eligible for safety valve and to negotiate settlement.

3. I have spoken to Larry Casper, the Assistant United States Attorney assigned to this case, and he has agreed to a continuance of the motions hearing in this matter to April 25, 2008.

4. The defendant is in custody and is expected to remain in custody until the resolution of this matter.

//

//

//

Therefore, I respectfully request that the court continue this matter from March 28, 2008, at 11:00 am to April 25, 2008, at 11:00 a.m.

Executed on March 26, 2008, at San Diego, California.

s/IngeBrauer
Inge Brauer, Attorney for Defendant
Jose Gonzalez Alvarez