Inge Brauer
Attorney at Law
State Bar No.: 68701
2240 "F" Street
San Diego, CA 92102

(Off) (619) 238-1031
(Fax) (619) 238-0930

Attorney for Defendant **JOSE GONZALEZ ALVAREZ**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE DANA M. SABRAW)

UNITED STATES OF AMERICA, Plaintiff,

v.

**JOSE GONZALEZ ALVAREZ,** Defendant.

CASE NO.: 07CR3163-DMS

MOTION TO CONTINUE MOTIONS HEARING + ORDER

Defendant Jose Gonzalez Alvarez, by and through his attorney, Inge Brauer, hereby moves that the motions hearing date presently set for March 28, 2008, at 11:00 a.m. be continued to April 25, 2008, at 11:00 a.m.

This motion is unopposed by the Government and is based on the declaration of defense attorney Inge Brauer.

Dated: March 26, 2008

s/Inge Brauer
Inge Brauer, Attorney for
Defendant Jose Gonzalez Alvarez

ORDER:

IT IS SO ORDERED.
DATED 3-26-08

UNITED STATES DISTRICT JUDGE