FILED
APR 25 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOSE GONZALEZ-ALVAREZ,<br>Defendant. | Criminal Case No. 07CR3163-DMS<br><br>**I N F O R M A T I O N**<br>**(Superseding)**<br><br>Title 21, U.S.C., 841(a)(1)-Possession with intent to distribute |

The United States Attorney charges:

On or about November 7, 2007, within the Southern District of California, defendant JOSE GONZALEZ-ALVAREZ, did knowingly and intentionally possess, with the intent to distribute, 100 kilograms and more to wit: approximately 400 kilograms (approximately 882 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21 United States Code, Section 841(a)(1).

DATED: April 24, 2008.

KAREN P. HEWITT
United States Attorney

LAWRENCE A. CASPER
Assistant U.S. Attorney