AO 455(Rev. 5/85) Waiver of Indictment

FILED

APR 25 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

JOSE GONZALEZ-ALVAREZ

WAIVER OF INDICTMENT

CASE NUMBER: 07CR3163-DMS

I, JOSE GONZALEZ-ALVAREZ, the above named defendant, who is accused of violating Title 21, U.S.C., Sec. 841(a)(1) - Possession with intent to distribute (Felony), being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on 4/25/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Jose Luis G. A.
JOSE GONZALEZ-ALVAREZ
Defendant

INGE BRAUER, ESQ.
Counsel for Defendant

Before ______________________
JUDICIAL OFFICER