Inge Brauer
Attorney at Law
State Bar No.: 68701
2240 "F" Street
San Diego, CA 92102

(Off) (619) 238-1031
(Fax) (619) 238-0930

Attorney for Defendant **JOSE GONZALEZ ALVAREZ**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE DANA M. SABRAW)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOSE GONZALEZ ALVAREZ,<br>Defendant. | CASE NO.: 07CR3163-DMS<br><br>JOINT MOTION TO CONTINUE SENTENCING HEARING |

IT IS HEREBY REQUESTED by the parties in the case, United States of America, by and through its counsel, Karen P. Hewitt, United States Attorney, Lawrence Casper, Assistant United States Attorney, and the defendant Jose Gonzalez Alvarez, by and through his counsel, Inge Brauer, that the sentencing hearing in the above-entitled case scheduled for Friday, July 11, 2008 at 9:00 a.m. be continued to July 18, 2008 at 9:00 a.m. The continuance is needed because defense counsel has a court appearance in Vista Court on July 11, 2008.

//

//

//

//

//

The undersigned Attorney for Defendant called the court's courtroom deputy to obtain the new hearing date and that date is agreeable to all parties. A proposed order with respect to this joint motion is being submitted directly to the court via efile_sabraw@casd.uscourts.gov.

Dated: June 13, 2008

s/ Inge Brauer
Inge Brauer, Attorney for
Defendant Jose Gonzalez Alvarez

Dated : June 13, 2008

s/ Lawrence Casper
Lawrence Casper
Assistant U.S. Attorney