# PROOF OF SERVICE

Case Name: U.S.A. v. GONZALEZ ALVAREZ

Case No.: 07CR3163-DMS

1. I am employed in the County of San Diego, State of California and over the age of eighteen years. I am not a party to the within action. My address is 2240 "F" Street, San Diego, California 92102.

2. I served: **JOINT MOTION TO CONTINUE SENTENCING HEARING**

by electronic filing to:
Lawrence Casper
Assistant U.S. Attorney
Federal Office Building
880 Front Street, Room 6293
San Diego, CA 92101-8893
Efile.dkt.gc2@usdoj.gov

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of June, 2008, at San Diego, California.

S/ Inge Brauer
Signature