UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOSE GONZALEZ ALVAREZ,<br>Defendant. | CASE NO.: 07CR3163-DMS<br><br>ORDER CONTINUING DATE FOR SENTENCING HEARING |

Pursuant to the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that the sentencing hearing currently scheduled for July 11, 2008 at 9:00 a.m. be continued to July 18, 2008 at 9:00 a.m.

SO ORDERED.

Dated: 6-16-08

HON. DANA M. SABRAW
United States District Court Judge