Inge Brauer
Attorney at Law
State Bar No. 68701
2240 F Street
San Diego, CA 92102
Telephone: (619) 238-1031
Facsimile: (619) 238-0930

Attorney for **JOSE GONZALEZ ALVAREZ**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE DANA M. SABRAW)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**JOSE GONZALEZ ALVAREZ**,<br><br>Defendant. | Case No.: 07CR3163-DMS<br><br>STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER THEREON |

**IT IS HEREBY STIPULATED AND AGREED BETWEEN THE PARTIES**, that for good cause, the sentencing hearing in the above-mentioned case, should be continued from July 11, 2008 at 9:00 a.m. to July 18, 2008, at 9:00 a.m. The defendant is in custody.

**SO STIPULATED.**

Dated: ____________________

____________________
INGE BRAUER, Attorney for Defendant
**JOSE GONZALEZ ALVAREZ**

Dated: ____________________

____________________
LAWRENCE CASPER
Assistant United States Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE DANA M. SABRAW)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>**JOSE GONZALEZ ALVAREZ,**<br>Defendant. | Case No.: 07CR3163-DMS<br><br>ORDER TO CONTINUE SENTENCING HEARING |

**IT IS HEREBY ORDERED**, that the sentencing hearing may be continued from July 11, 2008, at 9:00 a.m. to July 18, 2008 at 9:00 a.m.

**SO ORDERED.**

Dated: ____________________

____________________
HONORABLE DANA M. SABRAW
United States District Judge

Inge Brauer
Attorney at Law
State Bar No. 68701
2240 F Street
San Diego, CA 92102
Telephone: (619) 238-1031
Facsimile: (619) 238-0930

Attorney for **JOSE GONZALEZ ALVAREZ**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE DANA M. SABRAW)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>**JOSE GONZALEZ ALVAREZ,**<br>Defendant. | Case No.: 07CR3163-DMS<br><br>DECLARATION OF COUNSEL IN SUPPORT OF REQUEST FOR CONTINUANCE OF SENTENCING HEARING |

I, Attorney Inge Brauer, after having been duly sworn, depose and state:

1) I am an attorney at law duly licensed to practice before all of the courts of the State of California, the United States District Court for the Southern District of California, and the United States Court of Appeals for the Ninth Circuit; and the United States Supreme Court;

2) I am the appointed counsel of record for defendant, JOSE GONZALEZ ALVAREZ.

3) Counsel needs to have further investigation done on the case.

4) Both parties agree to continue the sentencing hearing.

///

5) The new sentencing date has been cleared with the courtroom deputy.

Therefore, it is respectfully requested that the Court continue JOSE GONZALEZ ALVAREZ's sentencing hearing date from July 11, 2008 at 9:00 a.m. to July 18, 2008 at 9:00 a.m.

Executed under penalty of perjury on June 12th, 2005 at San Diego, California.

Dated: ______________

______________________________
Inge Brauer