# PROOF OF SERVICE

Case Name: U.S.A. v. ESCOBAR CHAVEZ

Case No.: 08CR1731-H

1. I am employed in the County of San Diego, State of California and over the age of eighteen years. I am not a party to the within action. My address is 2240 "F" Street, San Diego, California 92102.

2. I served: **NOTICE OF MOTION AND MOTION TO COMPEL DISCOVERY & STATEMENT OF FACTS AND POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO COMPEL DISCOVERY**

by electronic filing to:
AARON B. CLARK
Assistant U.S. Attorney
Federal Office Building
880 Front Street, Room 6293
San Diego, CA 92101-8893
Efile.dkt.gc2@usdoj.gov

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 1st day of July, 2008 at San Diego, California.

S/ Inge Brauer

Signature