Inge Brauer
Attorney at Law
State Bar No. 68701
2240 F Street
San Diego, CA 92102
Telephone: (619) 238-1031
Facsimile: (619) 238-0930

Attorney for **JOSE GONZALEZ ALVAREZ**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE DANA M. SABRAW)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**JOSE GONZALEZ ALVAREZ**,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 07CR3163-DMS<br><br>JOINT MOTION TO CONTINUE SENTENCING HEARING |

IT IS HEREBY REQUESTED by the parties in this case, United States of America, by and through its counsel, Karen P. Hewitt, United States Attorney, and the defendant Jose Gonzalez Alvarez, by and through his counsel, Inge Brauer, that the sentencing hearing in the above entitled case scheduled for Friday, July 18, 2008, at 9:00 a.m. be continued to August 29, 2008 at 9:00 a.m. The continuance is needed for safety-valve debriefing of the defendant.

The undersigned attorneys obtained the new hearing date from the courtroom deputy and that date is agreeable to all parties. A proposed order with respect to this joint motion is being submitted directly to the court via efile_sabraw@casd.uscourts.gov.

Dated: July 11, 2008

/s/____________________________
Inge Brauer, Attorney for
Defendant Jose Gonzalez Alvarez

Dated: July 11, 2008

s/s____________________________
Lawrence Casper
Assistant U.S. Attorney