UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE DANA M. SABRAW)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>**JOSE GONZALEZ ALVAREZ**,<br>Defendant. | Case No.: 07CR3163-DMS<br><br>ORDER TO CONTINUE SENTENCING HEARING |

**IT IS HEREBY ORDERED**, that the sentencing hearing may be continued from July 18, 2008, at 9:00 a.m. to August 29, 2008 at 9:00 a.m.

**SO ORDERED.**

Dated: 7-11-08

HONORABLE DANA M. SABRAW
United States District Judge